# UNITED  STATES  DISTRICT  COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

---

**JUNET CAIDOR**,

                Plaintiff,                CIVIL JUDGMENT

v.                                          5:02-CV-1486
                                                (NAM/DEP)

**JOHN E. POTTER, POSTMASTER GENERAL,**

                Defendant.

---

**DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendant's motion for summary judgment is granted, and the complaint is dismissed in its entirety.


<u>September 26, 2007</u>                              LAWRENCE K. BAERMAN
Date                                                      Clerk


                                                          S/
                                                          Judi L. Roberts
                                                          Deputy Clerk